# EXHIBIT "13"

# Supply Receiving Modular Building Project

# Modular Building-Beginning of Project Receiving Using Temporary Lines



Small Modular Moved Out of the Way
New Modular Frame Begun-North Side



# Modular Building Frame-South Side



# Walls Framed and Doors Installed



Receiving Line Area Interior
Doors and Lights Installed



# Receiving Modular Building Problem Areas



N Side Center Wall Cap-Dented

N Side W End Wall Cap-Dented



# SE Corner-Wall Cap Doesn't Meet



E Door Frame –Gap to Floor



# SE Outer Door Frame-Gap at Termination



W Side Center Wall Cap-Pieces Don't Meet





E Side Central Wall Cap-Bent



East Side Wall Cap-Bent

Wall End Cap Pieces Don't Meet/Match Up



N Side Middle door frame damage to wall material



Scratch in Wall Material of Large Office, on Panel to Left of E Window



# Roof Panels Not Sealed/Don't Meet



Roof Panels Not Sealed /Don't Meet



# Roof Panels Not Sealed /Don't Meet



Roof Panels Not Sealed /Don't Meet



Wall Outlet Cut in Raceway-Should Not Be There



# Wall Plate Chipped and Crooked



Dent In Wall Material in Receiving Line Area, E Side



Door Doesn't Fit Properly in Frame, E Office



Metal Wall Support Bent in Receiving Area, E Side



Cut In Raceway S Wall of Receiving Line Area





Wall/Ceiling Not Square

Fire Suppression Pipes Leaking and Rusted W Side of Receiving Line Area



# Wall material Damaged by Floor Support, W Door Frame



Wall material Damaged by Floor Support, Door Frame



# Aluminum Ceiling Panels Don't Match/Line Up



Aluminum Ceiling Panels Don't Match/Line Up



# Raceway Bent Out of Frame



# Raceway Bent Out of Frame



Wall End cap Bent Entire Length of Building on NE Side



Wall End cap Bent Entire Length of Building on NW side



Wall End cap Pieces Don't Meet N Side, Center



Wall End cap Pieces Don't Meet N Side, West



Raceway Bent in Multiple Areas Along South Wall
Receiving Line Area



Scratches in Wall Material,





Wall Not Square



Hole Cut in Raceway-Not Required

# Sprinkler Pipe Tied into Wrong Place Outside of Modular

