# EXHIBIT "14"

**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND

28 November, 2000

MEMORANDUM FOR: UNITED PARTITION SYSTEMS, INC.
2180 S. HELLMAN AVE.
ONTARIO, CA 91761-0977

FROM: 56TH CONTRACTING SQUADRON
14100 W. EAGLE ST.
LUKE AFB, AZ 85309-1212

SUBJECT: Cure Notice, Contract F02604-00-FA033

1. You are notified that the Government considers your failure to comply with the material requirements established in the statement of work a condition that is endangering performance of the contract. Specifically, the statement of work states that the wall system used for this project shall be "class A fire rated and UL approved". To date, you have not provided adequate evidence to support your claim that the wall system currently being used meets required standards outlined in the statement of work. The data that you have supplied addresses the individual components of the wall system, but does not illustrate a "class A fire rating" for the entire wall system, as assembled. In addition, you have failed to comply with the requirement to provide "UL approved raceway channels" as required by the statement of work. You are reminded that in accordance with FAR 52.236-7, *Permits and Responsibilities* contained in your GSA contract number GS07F0343J, "the contractor is responsible for all materials delivered and work performed until completion and acceptance of the entire work". You are also reminded that in accordance with FAR 52.246-12, *Inspection of Construction* contained in your contract, "if the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material". Therefore, unless the conditions explained above are cured within 30 days after receipt of this notice, the Government may terminate for default under the terms and conditions of this contract.

2. If you have any questions related to this cure notice, please call SSgt. Steve Munnell at (623) 856-7179 ext. 268.

STANLEY D. JANDERS, GS-11, USAF
Contracting Officer

# EXHIBIT "15"

DEPARTMENT OF THE AIR FORCE
56TH CONTRACTING SQUADRON (AETC)
LUKE AIR FORCE BASE, ARIZONA

07 May 2001

Mike Kaminski
United Partition Systems, Inc.
2180 Hellman Ave
Ontario, CA 92806

Dear Mr. Kaminski,

A meeting was held with all concerned Government parties concerning the modular building project at building 945. The major concern was the Class A fire rated material used to construct the modular building.

After discussing every aspect and reviewing the entire contract folder, the concern was limited to the vinyl covering on the oro-board. The Fire Prevention Office was unable to ensure the vinyl covering was class A rated as stated in paragraph one of the Statement of Work and could not conscientiously agree that the building would be safe to occupy.

Please provide literature on the vinyl covering rating and all paperwork that associates the literature to the class A rating of the covering. The Fire Prevention Office would even accept an sample of the vinyl covering with the appropriate markings associating the covering to the paperwork?

After discussing this issue with Chief Rob Smith today, the resolution of this issue would enable the project to continue. Chief Smith indicated as soon as this issue is resolved, he would approve the modular building walls as class A rated.

Any further questions, please contact me at (623) 856-7179, ext. 268.

Sincerely,

Bernard Clemens

BERNARD CLEMENS, MSgt, USAF
Deputy Flight Chief

# EXHIBIT "16"

**DEPARTMENT OF THE AIR FORCE**
**56TH CONTRACTING SQUADRON (AETC)**
**LUKE AIR FORCE BASE, ARIZONA**

09 May 2001

Mike Kaminski
United Partition Systems, Inc.
2180 Hellman Ave
Ontario, CA 92806

Dear Mr. Kaminski,

After our conversation on May 7, 2001, I spoke with the Fire Protection Office folks to ensure I understood their requirement.

They would like literature on the Class "A" rating of the vinyl used on the modular building and paperwork associating the literature to the vinyl used. You should have something that shows the vinyl used is Class "A", otherwise is it considered something other than Class "A" .

U.L. approval will not be an issue as soon as it is determined that the vinyl is Class "A" rated. This would make all the particle board components class "A" as stated in the specifications, therefore, making the particle board fire safe. The vinyl issue is the only requirement needed to be resolved before work can continue. If the vinyl burns like paper, we definitely have a safety issue that doesn't conform to the Statement of Work.

Any further questions, please contact me at (623) 856-7179, ext. 268.

Sincerely,

Bernard Clemens

BERNARD CLEMENS, MSgt, USAF
Deputy Flight Chief

EXHIBIT "17"

# DEPARTMENT OF THE AIR FORCE

56TH CONTRACTING SQUADRON (AETC)
LUKE AIR FORCE BASE, ARIZONA

25 June 2001

United Partition Systems, Inc.
2180 S. Hellman Ave.
Ontario, CA 91761-0977

Subject: Show Cause Notice

Since you have failed to cure the conditions endangering performance under Contract No F02604-00-FA033 as described to you in the Government's letter of 9 May 2001 and Cure Notice dated 28 November 2000, the Government is considering terminating the contract under the provisions for default of this contract. Pending a final decision in this matter, it will be necessary to determine whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, you are given the opportunity to present, in writing, any facts bearing on the question to the undersigned, 56th Contracting Squadron, 14100 W. Eagle St., Luke AFB, AZ 85309 (602) 856-7168 ext. 230, within 10 days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a decision is made to terminate for default. Any assistance given to you on this contract or any acceptance by the Government of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract.

Robert R. Kelley

ROBERT R. KELLEY
Contracting Officer

EXHIBIT "18"

UNITED PARTITION SYSTEMS, INC.
2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

5/9/01

Department Of The Airforce
56 th Contracting Squadron (AETC)
Luke Air Force Base , Arizona

Dear MSgt. Clemens ,

I received your letter 07 May 2001 and I am a bit confused . Our discussion on the phone that morning was solely in reference to the oroboard documentation that you were provided . Your letter though , talks about vinyl. Which material is in question ?

What exactly are you looking for ?

Also , in that conversation you mentioned that the U.L. issue is resolved. There wasn't a note of that in the letter. Please provide clarification to the difference of information per our phone conversation and your letter.

Sincerely ,

Mike Kaminski

EXHIBIT "19"

UNITED PARTITION SYSTEMS, INC.

July 5, 2001

56TH Contracting Squadron
14100 West Eagle Street
Luke AFB, AZ. 85309-1212

Subject: Show Cause Notice

As discussed in the conference call on 3 July 2001, (Mike Kaminski, Mr. Kelly, Mr. Clements, and Mr. Seler), United Partition Systems Inc. responded to a cure notice back on 11 January 2001. As stated in that letter, United Partition has and will maintain that materials supplied are an equal to the satisfactions for contract FO2604-00-FA033. We have asked for, and now again, for clarification on what exactly Luke AFB has in mind as a resolution for issues at hand. (Example – QRSY composite panel approved by Underwriter Laboratories will satisfy all issues on behalf of Luke AFB). Please submit in writing this clarification by Friday 6 July 2001.

Respectfully Submitted
United Partition Systems Inc.

Mike Kaminski
L.B.

Mike Kaminski

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

EXHIBIT "20"

UNITED PARTITION SYSTEMS, INC.

AUGUST 01, 2001

56TH Contracting Squadron
Luke AFB, Az.
85309
Attn: Ron Siler

Dear Ron Siler,

Pursuant to our telecom this afternoon, I am writing to express my concerns regarding setting up a second meeting. As you know, a meeting was originally scheduled, by you, in late July. I received a phone call from you 48 hours prior to that meeting in which you cancelled.

At that time I requested, as always, written correspondence from you for all future meetings, as well as any and all punch list items concerning this project. To date I have not received any such correspondence.

As I stated to you this afternoon, I had an emergency dental appointment last Monday , for an abscess and they scheduled for me to come back on Thursday. This is an unforeseen event, that I have no control of, but nevertheless you still didn't give me a reasonable time frame notice, which we require.

Please submit your next desired meeting date in writing and fax to 909/947-2675. Please include the items, in detail, of concern to Luke AFB regarding the completion of this project. Please also remember to allow a minimum of 10 days advanced notice, in writing, for the meeting date to even be considered.

Sincerely,

Mike Kaminski
United Partition Systems, Inc.

Cc: file

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

EXHIBIT "21"

UNITED PARTITION SYSTEMS, INC.

July 12, 2001

56th Contracting Squadron
14100 W. Eagle St.
Luke AFB, AZ. 85309-1212

Reference: Show Cause Notice Contract # FO2604 – 00 – FA033

Dear Sirs,

The reason for the non- completion of contract # F02604 – 00 – FA003 is solely due to the actions, or lack there of, on the part of Luke AFB.
Luke AFB personnel, prior to the start of work, approved all materials and design by United Partition Systems during an on- site meeting held with 12-15 people in attendance. Since the contract award date of 5 June 2000, Luke AFB has changed contract administrators eight times. Each time there has been a change, weeks have been lost due to their lack of knowledge of the contract and previous discussions. United Partition has provided the same information numerous times on a number of issues in efforts to complete the contract. Unfortunately, these efforts have gone in vain due to actions by Luke AFB.
Luke AFB halted completion of this project on 18 Aug 2000 when they sent our installers home. The HVAC system was set for completion that week, but Luke AFB had to resolve issues with respect to existing swamp coolers. To this date United Partition has not received any word to return and complete the project. We have endured many unnecessary delays due to lack of performance on behalf of Luke AFB.
We have paid for 100% of the materials and 90% of the labor associated with this contract, much of which we do not manufacture. We were told back in September that a progress payment would be made while Luke AFB could work out coordination of activities on their end. To this date, no payment has been made. United Partition has done everything possible to complete this project, while Luke AFB continues to push it aside and pass it over to another contracting officer.

Respectfully,

Mike Kaminski
United Partition Systems, Inc.

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

EXHIBIT "22"

JULY 24, 2001

BRIGADIER GENERAL (SELECT) STEPHEN T. SARGEANT
56TH FIGHTER WING
OFFICE OF PUBIC AFFAIRS
LUKE AFB, AZ
85309

DEAR SIR;

It is with the deepest regret that I have been forced to send you this written correspondence.

On June 5th, 2000, my company was awarded a contract for modular buildings. (Please reference **Attachment "A"**) The total contract amount was $108,404.00

Prior to the award of the contract, we sent our President and Vice President of Sales and Marketing to Luke AFB to go over various options and review the site location. In attendance at this meeting were Bob Kaminski President and Mike Kaminski Vice President of Sales and Marketing of United Partition, Jeff Kistler, Stanley Janders, Mike Meyer, Captain Smith, various end users, the building supervisor & the HVAC engineer of Luke AFB. During this meeting notes were taken by United Partition (Please reference **Attachment "B"**)

Some of the options that were discussed were:
I.) Changing the sub-straight of the wall system from drywall to hardboard to resemble the other existing modular buildings
II.) Upgrade HVAC package.
III.) Add additional doors, windows and exit signs.
IV.) Add telephone and data conduit runs
V.) Ect. ect. ect. (Please reference **Attachment "C"**)

Once this information was attained, we provided the appropriate drawings (Please reference three items of **Attachments "D"**) Theses drawing were approved and signed for by Todd Tetrault and returned via fax transmission on June 09, 2000. (Please reference two items of **Attachments "E"** ) Manufacturing was then begun.

Upon completion of manufacturing, the project was shipped on July 28th, 2000 (Please reference two items of **Attachment "F"**) our crew was sent out from California and installation began

On August 1st 2000, the government was aware of a problem with regard to the HVAC system and their existing swamp coolers. (Please reference **Attachment "G"**)

On August 17th our HVAC crew arrived at Luke AFB to complete the project and install the HVAC units. (Please reference **Attachment "H"** )

On August 18th, 2000, as nothing was resolved by Luke AFB with regard to their swamp coolers, the project was put on hold by, Brian Milam, of Luke AFB. At that time our crew was asked to cease work until further notice due to issues that needed to be addressed by Luke AFB regarding the HVAC system. Our crew returned to California and our office-awaited notice from Luke AFB for their return. We notified Brian Milam at that time that there would be an additional charge for the extra travel and staging required for the crews return

On August 18th, 2000, we received a phone call from Brian Milam , requesting data on the United wall system. (Please reference **Attachment "I"**)

On August 23, 2000, we offered a solution to Luke AFB, by submitting a bid for the teardown of their existing swamp coolers. (Please reference **Attachment "J"**)

On September 11th, 2000 we made another attempt to complete the project. (Please reference **Attachment "K"**)
On September 19th 2000, the président of United Partition Systems spoke with Rick Kelly, requesting a partial payment, as Luke AFB still had not resolved the issue with the existing swamp coolers. Rick Kelly said to send an invoice and he would process it. (Please reference **Attachment "L"**)

After several messages had been left to Mr. Kelly to no avail over the pursuing weeks regarding the invoice payment, on October 6th, 2000, we received a call from Mr. Milam stating that we needed to submit a letter/petition of hardship. (Please reference two items of **Attachment "M"**)

On October 12th, 2000, we received a letter from Robert Kelly which stated that "before final payment could be made" there was a punch list to be completed. (Please reference **Attachment "N"**) At this point we were lead to believe that the partial payment had been made, they had resolved their issue with the existing swamp coolers and were preparing for us to return to complete the project.

From October 13th thru December 5th, 2000 we received no written correspondence, nor any return phone calls.

On December 5th, 2000, totally" out of the blue", we received a "Cure Notice" in the mail from Stanley Janders. (Please reference **Attachment "O"**) We made a call shortly thereafter to Stanley Janders discussing this matter in detail. After a lengthy discussion, Mr. Janders suggested that we put our response in writing. (Please reference **Attachment "P"**)

Please note that due to government personnel changes for this project, we have been involved in lengthy discussions, fax transmissions, re-fax transmissions and correspondence via U.S. mail with the following people from Luke AFB.

Jeff Kistler
Stanley Janders
Todd Tetrault
Bob Miller
Robert Kelly
Bernie Clemens
Ron Star
Mike Meyer
Captain Smith

Please also note that we have been in business for nearly 20 years. For the better part of those twenty years, we have had a GSA contract. We have had numerous visits to our factory from many government personnel. We have had manufacturing product inspections by GSA personnel. Once again note that we have never had a blemish on our record for GSA until this "project". I specifically note this "project" because we have been doing business with Luke AFB for the last fifteen or twenty years. We pride ourselves in being a "Blue Chip Contractor".

After five months the government has now come to the conclusion that our wall meets their requirements with the exception of the vinyl wallpaper. (Please reference **Attachment "Q"**) We were all so astounded by this absurd request, we immediately contacted Mr. Clemens. We stated that we knew there must be a typographical error or a total misunderstanding as to the fire rating of the vinyl wallpaper. (Please reference **Attachment "R"**) After the receipt of the letter labeled as Attachment "R" there is no vinyl wall paper, no wall covering, no vinyl clad finish that has a Class "A" fire rating. We further stated that all of the modular buildings on your base and all bases around the world have the same vinyl finish as we manufacturers all use many of the same suppliers and all the same materials. Furthermore we told Mr. Clemens that if you take a concrete wall, a general construction wall or a modular wall and apply a wall covering, it does not change the fire rating of the wall. After a long hesitation his reply was "that is not the same thing". If his statement is true, wall coverings would render every office and home in the United States as a fire hazard. On May 9th, 2001, Mike Kaminski sent written correspondence regarding the matter to Mr. Clemens. (Please reference **Attachment "S"**)

I hope I have made myself clear and enabled you to easily detect that the issue of the HVAC and the existing swamp coolers i.e. the reason for the cease work request by Luke AFB has been totally diverted by issue after issue. Each time we resolve an issue, someone pops up with a new one. We have requested until we are blue in the face a list, in writing, of any issues that anyone has. We have not received any such list from anyone of the contacts at Luke AFB.

On June 27th, 2001 we received a "Show Cause" letter, this time from Robert Kelly. (Please reference **Attachment "T)**

On July 3rd, 2001 we had a conference meeting with Luke AFB. (Please reference **Attachment "U")**

On July 12th, 2001 we responded again regarding the "Show Cause" letter. (Please reference **Attachment "V")**

In late July Mike Kaminski received a call from Ron Siler requesting that we make another trip to Luke AFB for another meeting to review the issues. He then called back 48 hours before the meeting was to take place and cancelled the meeting. Doesn't anyone have any regard for the price of an airline ticket? (Please reference **Attachment "W")**

The bottom line is that my company has been put under a tremendous strain financially due to non-payment for this project. I am sure that you understand that $108,000.00 is a large sum of money. We are a small, women-owned business and due to Luke AFB lack of payment we have been forced to tap our line of credit to float this loss, which is costing us interest monthly.

Your attention to this matter would be greatly appreciated. We would like to come to a resolution, complete the project and move on to the next on.

Last, but certainly not least, I have one last attachment for you labeled as **Attachment "X"** – the infamous building!

If you should have any questions please feel free to contact me at 909/947-1077.

Respectfully Submitted,

Sue C. Kaminski
Vice President

# EXHIBIT "A"

...ICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS ...FEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | ... REQUISITION NUMBER SEE SCHEDULE | PAGE 1 OF 2

| ...NTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATI... ISSUE DATE |
|---|---|---|---|---|
| ...F03431 | 00 JUN 05 | F0260400FA033 | | |

...OR SOLICITATION ...RMATION CALL | a. NAME | b. TELEPHONE NUMBER | 8. OFFER DUE DATE/LOCAL TI...

SU... FA4887
C... ...ING SQUADRON
... EAGLE STREET
... ,B AZ 85309-1217
...D TETRAULT ACQUISITIONS 623 856-7179

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[ ] SET ASIDE 00000% FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV BUS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS
.000 % 00 DAYS
NET 30

[ ] 13a. THIS CONTRACT IS A RATED ORDE... UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [ ] RFP

...ELIVER TO F1SUSC
...SUPS/LGSC
...K FOR: F1SUSC F02604 00FA033
...71 W STARFIGHTER ST.
...E AFB, AZ 85309

16. ADMINISTERED BY FA4...
SEE BLOCK 9

...ONTRACTOR/OFFEROR CODE 4X7505U FACILITY CODE
800-959-0878

UNITED PARTITION SYSTEMS,INC
2180 S,HELLMAN AVE
ONTARIO CA 91761-8977

18a. PAYMENT WILL BE MADE BY F758...
EFT:
DFAS-DE
PO BOX 203003
DENVER, CO
80220

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ...EM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

... ATTACHED SCHEDULE(S)
...MS: 4

DELIVER TO FOB POINT BY: 00 JUL 31

...UNTING AND APPROPRIATION DATA
...0 6429 170 000 845380 075800

26. TOTAL AWARD AMOUNT (for Govt. Use Only)
108404.00

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, 52.212-3 and 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTA...

27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.FAR 52.212-5 is attached ADDENDA [ ] ARE [ ] ARE NOT ATTACH...

CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISS... OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE 0000034 [ ] OFFER DATED ________. YOUR OFFER ... SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

...SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFI...

...NAME AND TITLE OF SIGNER(TYPE OR PRINT) | 30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE/PRINT)
STANLEY D. JANDERS

31c. DATE SI...
06-05-...

... QUANTITY IN COLUMN 21 HAS BEEN
RECEIVED [ ] INSPECTED [ ] ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERI... CORRECT FO...
[ ] PARTIAL [ ] FINAL

..., SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMB...

38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY

"A"

42a. RECEIVED BY (PRINT)

...I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

... S...URE AND TITLE OF CERTIFYING OFFICER | 41c. DATE

42b. RECEIVED AT (LOCATION)

42c. DATE REC'D YY/MM/DD | 42d. TOTAL CONTAINERS

# EXHIBIT "B"




| ...ED ...N SYSTEMS, INC. | Color | INT | EXT | 9' HIGH WALLS | LUKE AFB | | |
|---|---|---|---|---|---|---|---|
| | ALMOND | | | 4" SYSTEM | APPROVAL SIGNATURE | | |
| | GRAY | | | DATE: 04/28/00 | SIZE | FSCM NO. | DWG NO. 9404 |
| | WHITE | | | | SCALE | | SHEET 1 of 1 |
| | OAK | | | | | | |

2 1


32'
W
I
* T-8 LIGHT FIXTURES W/ ELECTRONIC BALLAST
LEGEND
110V OUTLET
PHONE/DATA JACK
FLUORESCENT LIGHT
220V OUTLET
LIGHT SWITCH
WINDOW
B
A
4
3
"B"


DOUBLE SWING DOORS (TYP.)
HANDBOARD
SHOCK
NON LOCKING DOORS
"B"




(2) 2" CONDUIT RUNS

(5) WINDOWS

"B"

GRAY CARPET

EXT. ALMOND

INT. GRAY LINEN

# EXHIBIT "C"

UNITED PARTITION SYSTEMS INC [illegible]

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| [illegible] 430PMONEY | F1SUSC01450120 | 1 | EA | [illegible] 0000 | [illegible] |
| | PRI: 09 | | | | |

BUILDING, MODULAR, 64' X 40' X 9' SYSTEM CLASS A FIRE RATED TO INCLUDE THE FOLLOWING:
312LF 9' HIGH WALL SECTIONS
5EA DOORS-STANDARD 3068
2EA MAN MADE DOORS W/WINDOW
2EA HEAVY-DUTY STEEL/ALUMINUM DOUBLE SWING DOORS
8EA WINDOWS-STANDARD FIXED DUAL PANED
2560 SQFT STANDARD DROP CEILING
2560 SQFT ROOF DECK NON-LOAD BEARING
208 LF ROOF FASCIA
19 EA RACEWAYS:(6)SWITCHES (13)DUPLEXES STANDARD 110V
33 EA T-8 ELECTRONIC LIGHT FIXTURES 2'X4' (110V) W/LAMPS
2560 SQFT R-19 BATT INSULATION
32 EA CATEGORY 5 [illegible] PHONE OUTLET RJ45
14 LF COMMUNICATION ROOM W/CENTER POLE
1280 SQFT CARPET TO INCLUDE INSTALLATION
4 EA DEDICATED CIRCUITS
(2) EXIT SIGNS (4) EMERGENCY LIGHTS
DUMPSTER RENTAL
HVAC CALCS SYTEM(7.5 TON 480 VOLT
SPRINKLER SYSTEM WITH CALCS (INCLUDED)
PULL STATION,HORN AND STROBE
TEAR DOWN EXISTING MODULAR SPACE-
3 TRAILERS, 1 FORKLIFT [illegible]
PHONE/DATA CABINET
(1)150 AMP PANEL
12 SPACE (1) 480 VOLT [illegible] PANEL
INSTALLATION
FREIGHT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | 4120015TON | F1SUSC01450121 | 1 | EA | 7405.0000 | 7405.00 |
| | PRI: 09 | | | | |

OPTIONS TO INCLUDE:
2EA UPGRADE TO 5 TON CARRIER HVAC PACKAGE UNITS(EXPERIENCED)
[illegible]EA ADDITIONAL DOOR W/WINDOW
[illegible]EA ADDITIONAL EXIT SIGNS
5EA ADDITIONAL DUAL PANED WINDOWS
2" CONDUIT RUN-TELEPHONE LINES(200
4" CONDUIT RUN-DATA LINES (150
4EA LARGE WINDOWS IN IMPACT [illegible]

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 003 | N0610160AMP | F1SUSC01450102 | 1 | EA | 15183.0000 | 15183.00 |
| | PRI: 09 | | | | |

ELECTRICAL HOOK-UP OPTION B
ALL WORK TO BE COMPLETED IAW DEVELOPED STATEMENT OF WORK

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 004 | N06101CABLE | F1SUSC01450103 | 1 | EA | 10615.0000 | 10615.00 |
| | PRI: 09 | | | | |

CABLE AND TELEPHONE RUNS TO INCLUDE:
200 RUN- 100 FR CABLE CAT5 FOR TELEPHONES RUN TO COM ROOM TERMINATED AT JACKS
150 RUN-29 DUAL LAN DROPS (CAT 5) TERMINATED AT JACKS
INCLUDES CERTIFICATION AND TESTING IAW LUKE AFB COMMUNICATIONS WIRING STANDARDS
-ALL WORK TO BE PERFORMED IAW GOVERNMENT STATEMENT OF WORK.
-ALL PRICES CONFIRMED W/QUOTE#7375RW-RW1
-1EA 64 X40'X9' MODULAR OFFICE:$73183.00
-ELECTRICAL HOOKUP OPTION B:$15,183.00
-OTHER OPTIONS:$7405.00
-CABLE AND TELEPHONE RUNS:$10615.00

"C"

END PAGE

RECEIVED JUN 1 4 2000

# EXHIBIT "D"


"D"
DOUBLE SWING NON-LOCKING DOORS (TYP)
(15 EA) WINDOW TYP
DOOR W/ LITE
16'
16'
16'
32'
16'
17'
20'
20'
20'
NOTES:
1) T-8 LIGHT FIXTURES W/ ELECTRONIC BALLAST
2) (2 EA) DEDICATED 110V OUTLET
3) I INDICATED I-BEAM
LUKE AFB
APPROVAL SIGNATURE
9404
9' HIGH WALLS
4" SYSTEM
DATE: 05/10/00
Color
ALMOND
GRAY
WHITE
OAK
UNITED PARTITION SYSTEMS, INC.
LEGEND
110V OUTLET
220V OUTLET
PHONE/DATA JACK
LIGHT SWITCH
FLUORESCENT LIGHT
WINDOW

# ONE-STORY MODULAR BUILDING
# ASSET STORAGE / INBOUND RECEIVING
# LEFT SIDE VIEW



# ONE-STORY MODULAR BUILDING
## ASSET STORAGE / INBOUND RECEIVING



# EXHIBIT "E"

E



LEGEND
110V OUTLET
220V OUTLET
PHONE/DATA JACK
LIGHT SWITCH
FLUORESCENT LIGHT
WINDOW
NOTES:
1) T-8 LIGHT FIXTURES W/ ELECTRONIC BALLAST
2) (2) EA DEDICATED 110V OUTLET
DOOR W/ LITE
(1) EA WINDOW TYP
DOUBLE SWING NON-LOCKING DOORS (TYP)
20'
20'
20'
17'
16'
32'
16'
16'
UNITED PARTITION SYSTEMS, INC.
ALMOND
GRAY
WHITE
OAK
9' HIGHWALLS
4" SYSTEM
LUKE AFB
9404
DATE: 05/10/00

# FACSIMILE ELECTRO MAIL TRANSMITTAL

*(This information collection is not subject to OMB review under PL-96, The Paperwork Reduction Act.)*

**WARNING!! - DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**

SECTION I - TO BE COMPLETED BY ORIGINATOR

CLASSIFICATION: OFFICIAL USE

FOR OFFICIAL USE ONLY

TRANSMISSION: ☐ IMMEDIATE ☒ ROUTINE

PAGE 1 OF 2 PAGES

TO (Office Symbol, Point of Contact, and Address): United Partition Systems, Inc. ATTN: Mike Kaminski

FAX NO. DSN: COMMERCIAL: (909) 947-2675

VOICE NO. DSN: COMMERCIAL:

ELECTRONIC MAIL ADDRESS (E-Mail):

SUBJECT: ~~Quote #737~~ Drawing for Modular Bld Delivery Order #F0260400FA033

FROM (Office Symbol, Point of Contact, and Address): Todd Tetrault 56 CONS/LGCS

FAX NO. DSN: COMMERCIAL: (623) 856-3057, 3447

VOICE NO. DSN: COMMERCIAL: (623) 856-7179 x2354

ELECTRONIC MAIL ADDRESS (E-Mail): todd.tetrault@luke.af.mil

REMARKS:

RELEASER'S SIGNATURE:

DATE: 9 Jan 03

TIME: 1055

SECTION II - TO BE COMPLETED BY ELECTRO MAIL OPERATOR

| DATE TRANSMITTED | TIME TRANSMITTED | TRANSMITTER'S SIGNATURE |
|---|---|---|
| | | |

| DATE ADDRESSEE CONTACTED | TIME ADDRESSEE CONTACTED | CONTACTOR'S SIGNATURE |
|---|---|---|
| | | |

AF FORM 3535, FEB 95 (EF-V1) (PerFORM PRO) PREVIOUS EDITION IS OBSOLETE.

# EXHIBIT "F"

(Name of Carrier)

| | |
|---|---|
| TO: 56 Sups/LGS<br>Consignee Luke AFB<br>F1SUSC-502604-00FA33 | FROM:<br>Shipper United Partition Systems Inc |
| Street 14171 W StarFighter St. | Street 2180 S. Hellman Ave. |
| Destination Luke AFB, AZ Zip Code 85309 | Origin Ontario, CA. Zip Code 91761 |
| Route: | Vehicle Number — EMERGENCY RESPONSE PHONE NO. (909) 947-1277 |

| No. Shipping Units | + HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | CHARGES (for Carrier use only) |
|---|---|---|---|---|---|
| 5 | | Skids Pnls (44) [illegible] Pnls (3) [illegible] with doors (2) sets of D/D | | | |
| | | Pnls Exterior (3) Lock sets (25) [illegible] Pnls (5) [illegible] (5) | | | |
| | | Lock sets Interior 2½ bag tek screws, | | | |
| 1 | | crate (2) sets of Double Doors with Hardware | | | |
| 1 | | skid 9' extrusion (25) [illegible] (5) [illegible] (4) [illegible] (Numbered) (8) [illegible] | | | |
| 2 | | 5 ton unit A/C (700 lbs each) (1) #12 [illegible] (7) [illegible] | | | |
| 5 | | units Roof Deck (64) pcs @ 19'11" | | | |
| 4 | | Bundles extrusion [illegible] 13' 4½" (2) @ 19' 6 3/4" (2) @ 4' [illegible] | | | |
| | | (21) PCS of 3" x 3" Fascia (#4404) | | | |
| | | 4x4' Skid (13) insulated [illegible] | | | |
| | | S Breaker | | | |
| | | Must use "V" Boards<br>Must Be Tarped | | | |

REMIT C.O.D. TO:
ADDRESS

**COD** Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $

TOTAL CHARGES $

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight".

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C. [illegible] #202
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box: ☐ Freight prepaid ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER [illegible] CARRIER [illegible]

PER [illegible] PER [illegible] DATE [illegible]

Memorandum Copy

(Name of Carrier) Date

TO:
Consignee Luke AFB
Street BLDG 930
Destination Luke AFB Zip Code
Route: David Perlman (623) 586-3861 (6-6907)

FROM:
Shipper United Partition Systems [illegible]
Street 2180 S. Hellman Ave
Origin Ontario, CA. Zip Code 91761
Vehicle Number
EMERGENCY RESPONSE PHONE NO. (909) 947-1077

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | CHARGES (for Carrier use only) |
|---|---|---|---|---|---|
| 1 | | [illegible] | | | |
| 1 | | [illegible] Frame Kit [illegible] | | | |
| | | Screws (1) [illegible] Plate (1) Double [illegible] | | | |
| 2 | | Bundle Extrusion (5) [illegible] (1) Split (2) [illegible] | | | |
| | | (1) Top cap (1) [illegible] 2'4½" (each) | | | |
| | | # 7428 | | | |
| | | Must use "Y" Boards Must be taped! | | | |

REMIT C.O.D. TO:
ADDRESS

COD Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Sherry D. Kindred
(Signature of Consignor)

TOTAL CHARGES $

FREIGHT CHARGES
Check Appropriate Box:
☑ Freight prepaid ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. [illegible]
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. [illegible] ... are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the ... regulations of the Department of Transportation. [illegible]

SHIPPER [illegible] CARRIER [illegible]
PER [illegible] PER [illegible] DATE [illegible]

# EXHIBIT "G"

**Main Identity**

**From:** Milam Brian SSgt 56 CONS/LGCC <brian.milam@luke.af.mil>
**To:** <unitedpartition@msn.com>
**Sent:** Thursday, August 03, 2000 10:02 AM
**Subject:** FW: W.O. 72867, bldg. 945, replace portable building, 1 Aug. 00

Mr. Kaminski,
Please take a look at the concerns identified by our civil engineering electrical inspector. Please respond to these concerns as soon as possible.

Thanks alot, SSgt. Brian Milam

-----Original Message-----
**From:** Meyer Michael G Civilian 56 CES/CEOP
**Sent:** Tuesday, August 01, 2000 12:23 PM
**To:** Milam Brian SSgt 56 CONS/LGCC
**Cc:** Robert Smith; Edward Talbott; Mcclain Erin J 2dLt 56 SUPS/LGSC; Hamill Jodi Capt 56 CES/CEOE; Raye Vernon S MSgt 56 CES/CEO
**Subject:** W.O. 72867, bldg. 945, replace portable building, 1 Aug. 00

SSgt. Milam,
Here are the concerns I have with the construction of this building.
1. The electrical wiring system that I observed the contractor installing had the following problems:
a. The actual conductors were to short. NFPA 70, 1999, art. 300-14.
b. The raceway the contractor is using ( The wall duct way) is not an approved (listed) raceway as far as I know. I asked the contractor to prove that it is. NFPA 70, 1999, Art's. 110-2 and 110-3 and 90-4. See also the contract for UL listed raceways. (MODULAR DOES NOT EXIST !)
c. The contractor told me they planned on running the communications cables down the same duct as the electrical power wires. This violates the separation requirements for communications wiring and class one power and lighting circuitry. NFPA 70, 1999, Art. 800-52(a) UL APPROVED WIRE WRAP TO BE USED.
2. The number of dedicated circuits written up in the contract will not meet the power requirements the user is asking for. There will be a shortfall of about 6-20 amp dedicated circuits. This was an issue that was brought up with the original two story modular building paperwork. N/A

3. I had not mentioned this to the contractor at the time, but his use of a wall pack emergency battery back-up light is prohibited by USAF AFCESA Engineering Technical Letter (ETL) 99-4. → NOT IN SPECIFICATIONS

4. There are concerns with the placement of the 45KVA transformer. There will have to be some sort of a barrier placed around it and its location approved. N/A

5. The HVAC swamp coolers are not being disconnected and removed under this contract as was specified with the original two-story modular building paperwork. This was to be part of this contract. N/A

~~6. The contractor could not tell me if the emergency exit signs were LED as was required.~~ → YES
7. There was no-one at the work site that had any information about the sprinkler construction and placement. → "DRAWINGS TO BE SUBMITTED FOR APPROVAL WK. OF 8-8-00"
Michael Meyer
56 CES/CEOP
IAEI cert. Electrical inspector #80006754
Ext. 6-4716.

8/4/00

EXHIBIT "H"

H

Memo for Record
Bldg. 945 Modular Building
August 18, 2000

7. The sprinkler sub-contractor has provided drawings to Contracting for coordination with the Fire. Dept. Mr. Smith is the only authority on base to approve these drawings. Due to his absence, the drawings remain at Contracting.

8. The HVAC sub-contractor arrived on Thursday, Aug 17 to begin work on this project. The contractor plans to place the two 5-ton HVAC units either beside the existing inoperable swamp coolers or on the same pads as the swamp coolers if removed. The contractor is not required to remove the swamp coolers under this contract. However, CE has expressed concerns that the HVAC units cannot be placed beside the swamp coolers due to regulations. Capt. Hammil, CE, agreed that the swamp coolers could be removed by military personnel during a meeting on Tuesday, Aug 15. Nothing has been done to date, and no direction has been provided by CE HVAC personnel.

SSgt. Brian Milam
Contract Administrator

EXHIBIT "I"

UNITED PARTITION SYSTEMS, INC.



# Fax

FAXED

**Company:** Luke AFB **From** Mike Kaminski

**Attention:** Brian Milam **Date:** 8/21/00

**Fax:** 623-856-3057 **Phone:**

**Pages:** 6 Including Cover Sheet **Re:**

☐ Urgent ☑ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Comments:**

Here's the wall data you requested.

Should you have any further questions, please do not hesitate to contact me at: (909) 947-1077 or visit our web site at unitedpartition.com. Thank you.

If this facsimile transmission is not received properly, please contact the operator indicated above at (909) 947-1077 or fax us at (909) 947-2675.

"H"

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675


THESE DRAWINGS ARE PROPERTY OF UNITED PARTITION SYSTEMS, INC. THEY ARE NOT TO BE REPRODUCED, COPIED OR OTHERWISE USED TO MAKE OTHER DRAWINGS OR MEDIA
D-1A
#1 OR EPS CORE
1/8" HARDBOARD PER SEC. 1112 UPC.
SECTION 1 - SOUND PANEL
5 1/2"
SEE SECTIONS 1-4 FOR PANEL CORES
PANEL
1 FR-4896 WALL PANEL (TYP.) (SEE NOTE 10, SHT A-0)
5/8" SHEET ROCK
2 WINDOW PANEL (TYP.) (SEE NOTE 11, SHT A-0)
3/16" TEMP GLASS OR 1/4" LAMINATED
FRAME
3 3068 STANDARD DOOR (TYP.) (SEE NOTE 12, SHT A-0)
DOOR FRAME
4 3068 DOOR W/ LITE (TYP.) (SEE NOTE 13, SHT A-0)
3/16" TEMP GLASS DOOR W/ LITE
WINDOW FRAME
UNITED PARTITION SYSTEMS, INC.
STANDARD DETAILS 4" SYSTEM
C
D-1A
1/2" = 1'
1 of 4
"I"

A Wholly Owned Subsidiary of United Resin Products, Inc. 100 Sutton St., Brooklyn, N.Y. 11222

UNITED RESIN ADHESIVES OF CALIFORNIA, INC.
Manufacturers of RESINS, HOT MELTS, DEXTRINS, PASTES, ANIMAL GLUES, RUBBER BASED AND STRUCTURAL ADHESIVES
4800 DE KALB AVENUE VERNON, CALIFORNIA 90058
(213) 587-4133

# TECHNICAL DATA

**NO.** 50-8210

TYPE FORMULATED RESIN

FORM WATER-BASED EMULSION

VISCOSITY 2100 - 2800 CPS; SP 3 @ 20 RPM AT 76°F BROOKFIELD RVF

SOLIDS 41 ± 1%

P.H. 4.5 - 5.5

COLOR OFF WHITE

STORAGE CONDITIONS ROOM TEMPERATURE
KEEP FROM FREEZING

GENERAL INFORMATION

GENERAL PURPOSE WOOD GLUE

"I"

# MATERIAL SAFETY DATA SHEET

(APPROVED BY U.S. DEPARTMENT OF LABOR "ESSENTIALLY SIMILAR" TO FORM LSB-005-4)

NPVLA

## Section I

1

| | |
|---|---|
| ...URER'S NAME | UNITED RESIN ADHESIVES OF CALIFORNIA, INC. |
| ...REET ADDRESS | 4800 DE KALB AVE |
| ...TY, STATE AND ZIP CODE | VERNON, CALIF 90058 |
| ...ERGENCY TELEPHONE NO | (213) 587-4133 |
| ...EMICAL NAME AND SYNONYMS | TRADE NAME 50-8210 |
| ...EMICAL FAMILY MODIFIED RESIN EMULSION | FORMULA |

## Section II — HAZARDOUS INGREDIENTS

PAINTS, PRESERVATIVES, & SOLVENTS

| ...MENTS | % | TLV (Units) | SOLVENTS | % | TLV (Units) |
|---|---|---|---|---|---|
| ...ALYST | | | ADDITIVES | | |
| | | | OTHERS<br>vinyl acetate monomer c.a.s. #108-05-4<br>TWA under 8 hours | .5 | 10ppm |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| ...is product contain a small amount of vinyl acetate monomer which has been reported to cause ...mors in laboratory animals, vinyl acetate is not listed by OSHA, NTP, or Int'l Agency for Re...arch on Cancer as suspect or proven carcinogen. There is no evidence that it causes cancer ...mans. This product is not hazardous by definition in 21 CFR Section 175.105 for food Pkg. Adh | | |

## Section III — PHYSICAL DATA

| | | | |
|---|---|---|---|
| ...ING POINT (°F.) | 212°F | SPECIFIC GRAVITY ($H_2O$=1) approx: | 1.10 ± 0.2 |
| ...OR PRESSURE (mm Hg.) | NA | PERCENT VOLATILE BY VOLUME (%) approx: | 43% ± 2 MOSTLY WATER |
| ...OR DENSITY (AIR = 1) | NA | EVAPORATION RATE (................=1) | |
| ...UBILITY IN WATER | Dispersible | VOLITILE ORGANIC COMPOUNDS | NIL |
| ...ARANCE AND ODOR | White and typical vinyl acetate emulsion odor | | |
| | SAFELY CONSIDERED NON PHOTO CHEMICALLY REACTIVE | | |

## Section IV — FIRE AND EXPLOSION HAZARD DATA

| | | | | |
|---|---|---|---|---|
| ...POINT (METHOD USED) | NA | FLAMMABLE LIMITS NA | Lel | Uel |
| ...G MEDIA | NA | | | |
| ...IAL FIRE FIGHTING PROCEDURE | 50-8210 is a water base adhesive. Use standard fire fighting procedures. | | | |
| ...UAL FIRE AND EXPLOSION HAZARDS | NA | | | |

"I"

# L-P Oro-Bord Hardboard

**Effective:** March 1, 1991

## Oro-Bord Medium Density Hardboard
### Physical Properties

| Grade | Density | Modulus of Rupture | Tensile Strength Parallel To Surface | Tensile Strength Perpendicular To Surface |
|---|---|---|---|---|
| Standard | 50 lbs./Cu.Ft. | 4,500 PSI | 2,500 PSI | 100 PSI |
| Service | 45-48 lbs./Cu. Ft. | 3,000 PSI | 1,500 PSI | 75 PSI |

a. L-P Oro-Bord meets or exceeds U.S. Department of Commerce standards PS-58-73 and Federal Specifications LLL-B-810 B ANSI/AHA A 135 4-1982.

b. Fire retardant Oro-Bord is certified as class 1A by Underwriters Laboratory.

SALES OFFICE:
Arcata, California
707/826-0160
800/442-5121

INSULFOAM

"I"

**FEDERAL SPECIFICATIONS**

INSULFOAM PRODUCTS MEET FEDERAL SPECIFICATION NO. C-578-85, TYPES I, VIII, II, and IX (Superseding HH-I-524C, TYPES I, II, and III)

| | |
|---|---|
| Type I | 0.9 PCF Minimum Density |
| Type VIII | 1.15 PCF Minimum Density |
| Type II | 1.35 PCF Minimum Density |
| Type IX | 1.8 PCF Minimum Density |

**INSULFOAM EPS PHYSICAL AND THERMAL PROPERTIES**

| Property | | Units | ASTM Test | Density (pcf) 1.0 | 1.25 | 1.5 | 2.0 |
|---|---|---|---|---|---|---|---|
| Thermal Conductivity K Factor | @25°F | BTU/(hr.) (sq. ft.) (F in.) | C177 or C518 | 0.23 | 0.22 | 0.21 | 0.20 |
| | @40°F | | | 0.24 | 0.235 | 0.22 | 0.21 |
| | @75°F | | | 0.26 | 0.255 | 0.24 | 0.23 |
| Thermal Resistance Values (R) | @25°F | per inch thickness | — | 4.35 | 4.54 | 4.76 | 5.00 |
| | @40°F | | | 4.17 | 4.25 | 4.55 | 4.76 |
| | @75°F | | | 3.85 | 3.92 | 4.17 | 4.35 |
| Strength Properties | | | | | | | |
| Compressive 10% deformation | | psi | D1621 | 10–14 | 13–18 | 15–21 | 25–33 |
| Flexural | | psi | C203 | 25–30 | 32–38 | 40–50 | 55–75 |
| Tensile | | psi | D1623 | 16–20 | 17–21 | 18–22 | 23–27 |
| Shear | | psi | D732 | 18–22 | 23–25 | 26–32 | 33–37 |
| Shear Modulus | | psi | — | 280–320 | 370–410 | 460–500 | 600–640 |
| Modulus of Elasticity | | psi | — | 180–220 | 250–310 | 320–360 | 460–500 |
| Moisture Resistance | | | | | | | |
| WVT | | Perm-in. | C355 | 1.2–3.0 | 1.1–2.8 | 0.9–2.5 | 0.6–1.5 |
| Absorption (vol.) | | % | C272 | less than 2.5 | less than 2.5 | less than 2.0 | less than 1.0 |
| Capillarity | | — | — | None | None | None | None |
| Coefficient of Thermal Expansion | | in./(in.) (°F) | D696 | 0.000035 | 0.000035 | 0.000035 | 0.000035 |
| Maximum Use Temperatures | | | | | | | |
| Continuous Exposure | | °F | — | 167° | 167° | 167° | 167° |
| Intermittent Exposure | | °F | — | 180° | 180° | 180° | 180° |
| Fungus & Bacterial Resistance | | | FHA Test Procedure | Will not support bacteria or fungus. No food value | | | |
| Buoyancy-Flotation | | lbs./cu. ft. | | 60 lbs./cubic foot | | | |

**BUILDING CODE CLASSIFICATION**

ICBO Research Report No. 3414 & 4169.
Meets State of California Quality Standards
City of Los Angeles No. 24158 * and No. 24195 *
ICBO Research Report No. 3401 * and No. 3530 *
H.U.D. No. 71 * (Sheathing)
* Approvals based on INSULFOAM raw material suppliers' certifications.

**FLAMMABILITY PROPERTIES**

| Board Thickness | 1" Max. | 2" Max. | 4" Max. | 1" Max. |
|---|---|---|---|---|
| Board Density, PCF | 1.0 | 1.0 | 1.0 | 1.5 |
| FIRE HAZARD CLASSIFICATIONS | | | | |
| Flame Spread | 5–10 | 5–10 | 10–15 | 5–10 |
| Fuel Contributed | NO | NO | NO | NO |
| Smoke Developed | 15–125 | 40–125 | 40–125 | 15–50 |

ASTM tests are used solely to measure and describe properties in response to heat and flame under controlled laboratory conditions.
Flame spread, fuel contributed and smoke developed ratings derived are not intended to reflect hazards under actual fire conditions.

**SELECTION OF PROPER INSULFOAM DENSITY:** The standard INSULFOAM density will range between 1 lbs. and 1.25 lbs. per cubic foot and is generally more than adequate relative to compressive strength, moisture absorption, and water vapor transmission. However, under certain conditions, higher densities may be desirable, i.e., concentrated loading areas, and/or under high impact traffic areas.

**FIRE HAZARD CLASSIFICATION:** UL Procedure 723. ASTM E-84

**TESTING ACCREDITATION:** UL Listing R 5817,* R 4775,* R 9045, R 9828

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY

ELECTRICAL TESTING LABORATORY
2319 Dorris Place
Los Angeles, California 90031-1083
Telephone (213) 222-7131

"I"

# APPLICATION FOR TESTING ELECTRICAL EQUIPMENT

| IPMENT TO BE TESTED | MODEL DESIGNATION | | |
|---|---|---|---|
| ELECTRICAL RACEWAYS | #7223929 | | |
| MANUFACTURER OR MARKETING NAME: UNITED PARTITION SYSTEMS, INC. | | TELEPHONE 714 758-0707 | |
| ADDRESS: 1421 N. DALY ST. | CITY: ANAHEIM | STATE: CA | ZIP: 92806 |

Return this form to the Electrical Testing Laboratory with check payable to The Department of Building and Safety, City of Los Angeles. Receipts and laboratory correspondence will be sent to the applicant.

- ☒ $275.00 for an initial examination and files expired over one year
- ☐ $200.00 for re-examination before expiration
- ☐ $235.00 for re-examination after expiration — (within one year)
- ☐ $35.00 for reopening a closed file for failure to make corrections.
- ☐ $100.00 technical modification
- ☐ $50.00 clerical modification
- ☐ $15.00 multiple listing

FOR DEPARTMENTAL USE
LAB ✓ FIELD
NO RE-EXAM
Verified [signature]
CR # 1551

C 275.00 ETL-
H2238 4 04/06/86 275.00 Cr

application is made with the full understanding that the above equipment may be approved or disapproved and no refund of fees will be made after commencement of test.

In addition to the required filing fee, the undersigned agrees to pay applicable supplementary fees at the rate established by Ordinance for field travel and for all excess time over the established allowable time spent in the consideration of this approval.

Before this equipment can be tested it will be necessary to provide the Laboratory with a sample, wiring diagram, photograph and other descriptive literature. The applicant agrees to pay all crating and shipping charges, including those charges accrued by the Laboratory in returning any item not picked up within 21 days after notification. Samples shall be removed from the ratory before any approval will be granted.

PING INSTRUCTIONS FOR THE RETURN OF TEST SAMPLES

| RETURN SAMPLE BY UPS COLLECT ☐ | NAME OF COMPANY | | |
|---|---|---|---|
| ADDRESS (P O Box # Not Acceptable) | CITY | STATE | ZIP |
| RETURN SAMPLE BY NOTIFYING APPLICANT FOR PICK UP ☒ (213) OR (800) PHONE NO. REQUIRED | TELEPHONE (213)631-9191 | NOTE: UNLESS OTHERWISE NOTIFIED ITEMS WILL BE RETURNED BY SHIPPING COLLECT VIA OUR CONVENIENT CARRIER | |
| ER INSTRUCTIONS | | | |

INSTRUCTIONS FOR FIELD TEST

| PERSON TO CONTACT AT TEST LOCATION | NAME OF COMPANY AT TEST LOCATION | TELEPHONE |
|---|---|---|
| N/A | | |
| ADDRESS | CITY | ZIP |

☐ SEND COPIES OF CORRESPONDENCE TO AUTHORIZED AGENT.

| AUTHORIZED AGENT IF OTHER THAN APPLICANT | | TELEPHONE | |
|---|---|---|---|
| N/A | | | |
| ADDRESS | CITY | STATE | ZIP |

The undersigned does hereby agree to abide by the Rules and Regulations of the Electrical Testing Laboratory and all other applicable provisions of the Los Angeles Municipal Code.

LICANT PLEASE FILL OUT, SIGN, AND RETURN ALL COPIES OF APPLICATION FORM

Application No. 272238

| OF COMPANY | | | AUTHORIZED SIGNATURE | TELEPHONE |
|---|---|---|---|---|
| UNITED PARTITION SYSTEMS, INC. | | | [signature] | 714 758-0707 |
| ADDRESS: 1421 N. DALY ST. | | | | |
| CITY: ANAHEIM | STATE: CA | ZIP: 92806 | PRINT OR TYPE NAME OF ABOVE PERSON: R.A. KAMINSKI | DATE: 3-30-86 |

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY

ELECTRICAL TESTING LABORATORY
Telephone (213) 222-7131
2319 Dorris Place
Los Angeles, California 90031-1098

"I"

# APPLICATION FOR APPROVAL LABELS

WHEN LABELS ARE NEEDED, PLEASE FILL OUT, SIGN AND RETURN ALL COPIES. A RECEIPTED COPY WILL BE RETURNED.

| | | | |
|---|---|---|---|
| APPLICATION NO. 272238 | APPROVED ITEM ELECTRICAL RACEWAYS | | |
| MANUFACTURER UNITED PARTITION SYSTEMS, INC. | | | |
| APPLICANT UNITED PARTITION SYSTEMS, INC. | | | |
| ADDRESS 1421 N. DALY ST. | CITY ANAHEIM, | STATE CA | ZIP CODE 92806 |
| MAIL TO (NAME OF COMPANY) ...TED PARTITION SYSTEMS, INC. | ATTN: (NAME OF PERSON) TYPE OR PRINT R.A. KAMINSKI | | |
| ADDRESS 1421 N. DALY ST. | CITY ANAHEIM. | STATE CA | ZIP CODE 92806 |
| NUMBER OF LABELS REQUESTED 500 | REMITTANCE ENCLOSED @ 6 CENTS EACH $30.00 (THIRTY DOLLARS) | | |
| SIGNATURE [signature] | DATE 10-20-86 | | |

FOR DEPARTMENTAL USE ONLY

21967

Date Received

LABELS NUMBERS:

FROM C7-203501

TO C7-204000

07414 11/06/86 30.00 CK

B & S R-2 (R.2/86) DISTRIBUTION: Original (White): Applicant Duplicate (Yellow): Financial Services Triplicate (Blue): Lab File

# EXHIBIT "J"

UNITED PARTITION SYSTEMS, INC.

QUOTATION #7535-R

180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

PLEASE USE THE ABOVE NUMBER WHEN ORDERING OR CORRESPONDING

Luke AFB
Fax:(623) 856-4170

Attention : Captain Smith / Mr. Kelly
Ref: Project # 9404

Quotation is subject to the conditions noted below

| | | |
|---|---|---|
| Your Inquiry Date August 23, 2000 | Salesman Mike Kaminski | |
| Date August 23, 2000 | Quote Valid for 30 days | |
| Proposed Shipping Date F.O.B. 3-5 Weeks Upon Receipt of Approved Drawings | | |
| Ship Via F.O.B. Plant | Prepaid | Collect |
| Terms NET 30 | | |

CONDITIONS: The prices and terms of this quotation are not subject to verbal or other agreements unless approved in writing by the Home Office of United Partition Systems Inc. All [illegible] and agreements are contingent upon strikes, accidents, fires, availability of mat[illegible] and all other causes beyond our control. Prices are based on costs and conditions existing on date of quotation and are subject to change by the seller before final acceptance. Typographical and stenographic errors subject to correction. Purchaser agrees to accept either overage shortage not in excess of ten (10%) percent to be charged for pro-rata. Purchaser assumes liability for patent and copyright infringement when goods are made to Purchaser's specifications. When quotation specifies material to be furnished by the Purchaser, ample allowance must be made for reasonable spoilage and material must be of suitable quantity to facilitate efficient production. No custom work is returnable and a twenty-five (25%) restocking charge will be levied on any standard material authorized for return. Conditions not specifically stated herein shall be governed by established trade customs. Terms inconsistent with those stated herein which may appear on Purchaser's formal order will not be binding to the seller.

## CHANGE ORDER

| Quantity | Description | Amount |
|---|---|---|
| (6) | EACH ADDITIONAL DEDICATED CIRCUITS | $ 450.00 |
| | INCREASE SIZE OF LOAD CENTER TO 20 SPACES | $ 212.00 |
| | 3' X 3' X 3' U - SHAPED GUARDRAIL ( MATERIAL, SHIPPING, & INSTALLATION ) | $ 1,270.00 |
| | SWAMP COOLER - DISCONNECT POWER & DUCT WORK ( GOVERNMENT TO REMOVE & DISPOSE OF ) * USE EXISTING PAD & OPENING FOR NEW HVAC UNIT | $ 375.00 EA. |
| | IDENTIFY EXCISTING LAN LINES IN EXISTING PANEL REMOVE AND REPLACE SPECIFIC WITH NEW LINES | $ 2,160.00 |

Please note: Unless otherwise specified, engineering, permits, drawings, freight or tax is not included. All installation prices pending area being free of any and all obstructions. If an additional trip is required, a minimum charge of $500.00 will apply. Lift Equipment, sprinklers, main electrical hook-up by others. Handicapped hardware by others. Window Cleaning By Others.

ACCEPTANCE OF PROPOSAL - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will made as outlined above.

A liquidated damage charge of one and one half (1 1/2%) percent per month (18% annual rate), or the highest rate allowed by l[illegible] be charged on the amount not paid by the end of the month following purchase.

Buyer shall pay collection costs of overdue accounts including reasonable attorney's fees.

All credit card purchases will have a 3% surcharge to the above quoted prices.

Signature: [signature] Date: 08-23-2000
Mike Kaminski

Signature: ______________________ Date:

# EXHIBIT "K"

"K"

## Main Identity

**From:** unitedpartition <unitedpartition@email.msn.com>
**To:** <brian.milam@luke.af.mil>
**Sent:** Monday, September 11, 2000 3:21 PM
**Subject:** Contract# F0260400FA33

# 1
This is a written request for the government to prepare for & disconnect the power at the appropriate panel for United Partition to complete the electrical Home Run. Please shut the power down Thursday Sept 14 before 10:00 am, and keep it down for a period of 2 hours. The structure and electrical will be complete that afternoon.

# 2
Our project has been on hold waiting for the decision by Luke AFB as to the location of the new HVAC system. We would like to commence work once again on this portion of the project Sept 19 to complete on Sept 22.

# 3
The carpet can be scheduled for Monday Sept 25 to complete Tuesday Sept 26.

# 4
Tear down of the existing structures can begin Monday Sept 25 to complete in 7 days.

Please respond by Tuesday Sept 12 so that we can get this project completed as outlined above.

Thank you for your assistance,
MIKE KAMINSKI

EXHIBIT "L"

"L"

# UNITED Partition Systems, Inc.

2180 S. Hellman Avenue
Ontario, California 91761

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/19/2000 | 9404-1 |

| REP | MRK | PROJECT | #9404 |
|---|---|---|---|

**BILL TO**

DFAS-DE
P.O. Box 203083
Denver, CO 80220

**SHIP TO**

FISUSC F02604 00FA033
14171 W STARFIGHTER ST.
LUKE AFB, AZ 85309

| P.O. NO. | TERMS | DUE DATE | FOB |
|---|---|---|---|
| F0260400FA0 | Due On Receipt | 9/19/2000 | prepaid/add |

| DESCRIPTION | Prior Amt | Prior % | Curr % | Total % | Est Amt | AMOUNT |
|---|---|---|---|---|---|---|
| United Partition Systems,Inc. Contract # GS07F0343j For Luke AFB Order # F0260400FA033 | | | | | | |
| ITEM # 001 FOR CONTRACT F1SUSC01450100 | | | 90.00% | 90.00% | 73,188.00 | 65,869.20 |
| ITEM # 002 FOR CONTRACT F1SUSC01450101 | | | 90.00% | 90.00% | 7,408.00 | 6,667.20 |
| ITEM # 003 FOR CONTRACT F1SUSC01450102 | | | 90.00% | 90.00% | 15,183.00 | 13,664.70 |
| M # 004 FOR CONTRACT F1SUSC01450103 | | | 90.00% | 90.00% | 12,625.00 | 11,362.50 |

d Partition Systems, Inc. Dunns#10773-7652
al Employer Identification Number 95-3812502

**Total** $97,563.60

# EXHIBIT "M"

"M"

UNITED PARTITION SYSTEMS, INC.

2180 S. HELLMAN AVE., ONTARIO, CA 91761
(909)947-1077 phone (909)947-2675 fax

# Fax

| | | | |
|---|---|---|---|
| Company: | Luke AFB | From: | Jan Roth - Accounts Manager |
| Attention: | Rick Kelly | Date: | 10/6/00 |
| Fax: | (623) 856-3057 | Phone: | (623)856-7179 ext223 |
| Pages: | 3 INCLUDING COVER | Re: | INVOICE & HARDSHIP REQUEST |

X Urgent ☐ For Review ☐ Please Comment X Please Reply ☐ Please Recycle

Comments: THIS IS A REQUEST FOR YOUR MODIFICATION OF PAYMENT TERMS TO THE CONTRACT AND A COPY OF OUR PROGRESS INVOICE OF THIS DELAYED PROJECT.

No other copies will be sent, mailed originals are available by request only. Should you have any questions, please do not hesitate to contact me at: (909) 947-1077 M-F 8am - 5pm.

Thanks,

Jan Roth

*If this facsimile transmission is not received properly, please contact the operator indicated above at (909) 947-1077 or fax us at (909) 947-2675.*

FAXED

"M"

UNITED PARTITION SYSTEMS, INC.

October 6, 2000

56 Contracting Squadron
14100 W. Eagle Street
Luke AFB, AZ 85309-1217
Attn: Mr. Rick Kelly

Dear Mr. Kelly,

On September 19th, the President of United Partition Systems spoke with you and asked for a progress payment of 90% the contract. United Partition Systems has paid for 100% of the materials and 90% of labor associated with this contract. Due to Luke Air Force Bases continued delay of this contracted project, our small woman owned business is now placed with an unjustified financial hardship. Contract specialist Brian Miliam has stated this modification to the contract is justified. We ask and will require this billing payment to be issued by ACH to our account immediately.

I mailed invoices on the 19th after your conversation and a duplicate set was sent by certified mail on October 2nd, after no response was received. Today after many messages have been left, I received a call from Mr. Miliam who informed me of your requirement of this letter / petition of hardship.

We hope to resume this project and come to a swift conclusion in the near future.

Sincerely,

Jan Roth

Jan Roth
Accounts Manager
United Partition Systems, Inc.

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

# EXHIBIT "N"

N

**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

12 October, 2000

MEMORANDUM FOR: UNITED PARTITION SYSTEMS, INC.
2180 HELLMAN AVE.
ONTARIO, CA 91761

FROM: 56TH CONTRACTING SQUADRON
14100 W. EAGLE ST.
LUKE AFB, AZ 85309-1212

SUBJECT: Contract No. F02604-00-FA033, Modular Building

1. The attached slide presentation illustrates defects noted on a recent inspection of the work site at the Supply Warehouse, Luke AFB. The identified defects require correction before acceptance, and before final payment can be processed.

2. If you have questions pertaining to this matter, please contact SSgt. Brian Milam at (623) 856-7179 ext. 268.

Robert R. Kelley
ROBERT R. KELLEY
Contracting Officer

"PUNCH LIST"

# EXHIBIT "O"

**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

RECEIVED DEC 0 6 2000

28 November, 2000

MEMORANDUM FOR: UNITED PARTITION SYSTEMS, INC.
2180 S. HELLMAN AVE.
ONTARIO, CA 91761-0977

FROM: 56TH CONTRACTING SQUADRON
14100 W. EAGLE ST.
LUKE AFB, AZ 85309-1212

SUBJECT: Cure Notice, Contract F02604-00-FA033

1. You are notified that the Government considers your failure to comply with the material requirements established in the statement of work a condition that is endangering performance of the contract. Specifically, the statement of work states that the wall system used for this project shall be "class A fire rated and UL approved". To date, you have not provided adequate evidence to support your claim that the wall system currently being used meets required standards outlined in the statement of work. The data that you have supplied addresses the individual components of the wall system, but does not illustrate a "class A fire rating" for the entire wall system, as assembled. In addition, you have failed to comply with the requirement to provide "UL approved raceway channels" as required by the statement of work. You are reminded that in accordance with FAR 52.236-7, *Permits and Responsibilities* contained in your GSA contract number GS07F0343J, "the contractor is responsible for all materials delivered and work performed until completion and acceptance of the entire work". You are also reminded that in accordance with FAR 52.246-12, *Inspection of Construction* contained in your contract, "if the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material". Therefore, unless the conditions explained above are cured within 30 days after receipt of this notice, the Government may terminate for default under the terms and conditions of this contract.

2. If you have any questions related to this cure notice, please call SSgt. Steve Munnell at (623) 856-7179 ext. 268.

STANLEY D. JANDERS, GS-11, USAF
Contracting Officer

EXHIBIT "P"

UNITED PARTITION SYSTEMS, INC.
0 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

P"

FAXED

January 11, 2001

56TH Contracting Squadron
14100 West Eagle Street
Luke AFB, AZ 85309-1212

Attention: Stanley D. Janders

Reference: Cure Notice, Contract F02604-00-FA033

Dear Stanley,

This is being written in response to your letter on November 28, 2000. In response please note the following:

1). Class A Fire Rating for United Partition walls.

A). Our original project for this contract was designed to utilize gypsum board as your substaight on both sides of the sandwich panel, which was changed by Luke AFB to be 1/8" hardboard substraight on both sides. This is even acknowledged in your own letter. All of our relevant data for this panel has been forwarded to Luke AFB.

B). United has provided you with information on each component which is all Class "A". It would be an oxymoron to present that all Class "A" components provided together would provide you with an end result of less than Class "A" Rating. In doing so, we have provided you with all information you have requested.

C). Also, you should recall from our site visit, that we had never heard of "UL" being associated with non-electrical components. We openly expressed that there was not a UL approval on our panel, and this was not an issue for anyone.

"P"

UNITED PARTITION SYSTEMS, INC.

30 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

2). UL approval for raceways.

A). Once again, we told everyone (yourself included) on our site visit (which I also might add was not a part of the contract) that we were unaware of any UL approval existing on a raceway in our industry. Thus, we did not have a UL approval, and this was not an issue for anyone.

B). Regardless, your base civil engineer said he would accept our raceway without the UL listing if we utilized UL electrical conduit to house wires within our raceway. Due to this, we felt that the raceway issue was resolved.

C). As a side note, we have however contacted Underwriter Laboratories and applied for listing back in October. Our approval and report is promised by February.

Please note that interest is accruing on your severely past due account with our firm. We were promised payment for our 95% completion two months ago, after which we would schedule your project for completion.

If you should have any further questions, please feel free to contact me.

Respectfully Submitted,
United Partition Systems Inc.

Mike Kaminski

# EXHIBIT "Q"

"Q"

**DEPARTMENT OF THE AIR FORCE**
**56TH CONTRACTING SQUADRON (AETC)**
**LUKE AIR FORCE BASE, ARIZONA**

07 May 2001

Mike Kaminski
United Partition Systems, Inc.
2180 Hellman Ave
Ontario, CA 92806

Dear Mr. Kaminski,

A meeting was held with all concerned Government parties concerning the modular building project at building 945. The major concern was the Class A fire rated material used to construct the modular building.

After discussing every aspect and reviewing the entire contract folder, the concern was limited to the vinyl covering on the oro-board. The Fire Prevention Office was unable to ensure the vinyl covering was class A rated as stated in paragraph one of the Statement of Work and could not conscientiously agree that the building would be safe to occupy.

Please provide literature on the vinyl covering rating and all paperwork that associates the literature to the class A rating of the covering. The Fire Prevention Office would even accept an sample of the vinyl covering with the appropriate markings associating the covering to the paperwork?

After discussing this issue with Chief Rob Smith today, the resolution of this issue would enable the project to continue. Chief Smith indicated as soon as this issue is resolved, he would approve the modular building walls as class A rated.

Any further questions, please contact me at (623) 856-7179, ext. 268.

Sincerely,

Bernard Clemens

BERNARD CLEMENS, MSgt, USAF
Deputy Flight Chief

EXHIBIT "R"

"R"

**DEPARTMENT OF THE AIR FORCE**
**56TH CONTRACTING SQUADRON (AETC)**
**LUKE AIR FORCE BASE, ARIZONA**

09 May 2001

Mike Kaminski
United Partition Systems, Inc.
2180 Hellman Ave
Ontario, CA 92806

Dear Mr. Kaminski,

After our conversation on May 7, 2001, I spoke with the Fire Protection Office folks to ensure I understood their requirement.

They would like literature on the Class "A" rating of the vinyl used on the modular building and paperwork associating the literature to the vinyl used. You should have something that shows the vinyl used is Class "A", otherwise is it considered something other than Class "A" .

U.L. approval will not be an issue as soon as it is determined that the vinyl is Class "A" rated. This would make all the particle board components class "A" as stated in the specifications, therefore, making the particle board fire safe. The vinyl issue is the only requirement needed to be resolved before work can continue. If the vinyl burns like paper, we definitely have a safety issue that doesn't conform to the Statement of Work.

Any further questions, please contact me at (623) 856-7179, ext. 268.

Sincerely,

Bernard Clemens

BERNARD CLEMENS, MSgt, USAF
Deputy Flight Chief

EXHIBIT "S"

UNITED PARTITION SYSTEMS, INC.
0 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

5/9/01

Department Of The Airforce
56 th Contracting Squadron (AETC)
Luke Air Force Base , Arizona

Dear MSgt. Clemens ,

I received your letter 07 May 2001 and I am a bit confused . Our discussion on the phone that morning was solely in reference to the oroboard documentation that you were provided . Your letter though , talks about vinyl. Which material is in question ?
What exactly are you looking for ?

Also , in that conversation you mentioned that the U.L. issue is resolved. There wasn't a note of that in the letter. Please provide clarification to the difference of information per our phone conversation and your letter.

Sincerely ,

Mike Kaminski

# EXHIBIT "T"

"T"

**DEPARTMENT OF THE AIR FORCE**
**56TH CONTRACTING SQUADRON (AETC)**
**LUKE AIR FORCE BASE, ARIZONA**

RECEIVED

25 June 2001

United Partition Systems, Inc.
2180 S. Hellman Ave.
Ontario, CA 91761-0977

Subject: Show Cause Notice

Since you have failed to cure the conditions endangering performance under Contract No F02604-00-FA033 as described to you in the Government's letter of 9 May 2001 and Cure Notice dated 28 November 2000, the Government is considering terminating the contract under the provisions for default of this contract. Pending a final decision in this matter, it will be necessary to determine whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, you are given the opportunity to present, in writing, any facts bearing on the question to the undersigned, 56th Contracting Squadron, 14100 W. Eagle St., Luke AFB, AZ 85309 (602) 856-7168 ext. 230, within 10 days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a decision is made to terminate for default. Any assistance given to you on this contract or any acceptance by the Government of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract.

Robert R. Kelley

ROBERT R. KELLEY
Contracting Officer

# EXHIBIT "U"

COPY

**UNITED PARTITION SYSTEMS, INC.**

July 5, 2001

56TH Contracting Squadron
14100 West Eagle Street
Luke AFB, AZ. 85309-1212

Subject: Show Cause Notice

As discussed in the conference call on 3 July 2001, (Mike Kaminski, Mr. Kelly, Mr. Clements, and Mr. Seler), United Partition Systems Inc. responded to a cure notice back on 11 January 2001. As stated in that letter, United Partition has and will maintain that materials supplied are an equal to the specifications for contract FO2604-00-FA033. We have asked for, and now again, for clarification on what exactly Luke AFB has in mind as a resolution for issues at hand. (Example – QRSY composite panel approved by Underwriter Laboratories will satisfy all issues on behalf of Luke AFB). Please submit in writing this clarification by Friday 6 July 2001.

Respectfully Submitted
United Partition Systems Inc.

Mike Kaminski
AB.

Mike Kaminski

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

# EXHIBIT "V"

UNITED PARTITION SYSTEMS, INC.

July 12, 2001

56th Contracting Squadron
14100 W. Eagle St.
Luke AFB, AZ. 85309-1212

Reference: Show Cause Notice Contract # FO2604 – 00 – FA033

Dear Sirs,

The reason for the non- completion of contract # F02604 – 00 – FA003 is solely due to the actions, or lack there of, on the part of Luke AFB.
Luke AFB personnel, prior to the start of work, approved all materials and design by United Partition Systems during an on- site meeting held with 12-15 people in attendance. Since the contract award date of 5 June 2000, Luke AFB has changed contract administrators eight times. Each time there has been a change, weeks have been lost due to their lack of knowledge of the contract and previous discussions. United Partition has provided the same information numerous times on a number of issues in efforts to complete the contract. Unfortunately, these efforts have gone in vain due to actions by Luke AFB.
Luke AFB halted completion of this project on 18 Aug 2000 when they sent our installers home. The HVAC system was set for completion that week, but Luke AFB had to resolve issues with respect to existing swamp coolers. To this date United Partition has not received any word to return and complete the project. We have endured many unnecessary delays due to lack of performance on behalf of Luke AFB.
We have paid for 100% of the materials and 90% of the labor associated with this contract, much of which we do not manufacture. We were told back in September that a progress payment would be made while Luke AFB could work out coordination of activities on their end. To this date, no payment has been made. United Partition has done everything possible to complete this project, while Luke AFB continues to push it aside and pass it over to another contracting officer.

Respectfully,

Mike Kaminski
United Partition Systems, Inc.

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

# EXHIBIT "W"

UNITED PARTITION SYSTEMS, INC.

"W"

AUGUST 01, 2001

56TH Contracting Squadron
Luke AFB, Az.
85309
**Attn: Ron Siler**

Dear Ron Siler,

Pursuant to our telecom this afternoon, I am writing to express my concerns regarding setting up a second meeting. As you know, a meeting was originally scheduled, by you, in late July. I received a phone call from you 48 hours prior to that meeting in which you cancelled.

At that time I requested, as always, written correspondence from you for all future meetings, as well as any and all punch list items concerning this project. To date I have not received any such correspondence.

As I stated to you this afternoon, I had an emergency dental appointment last Monday, for an abscess and they scheduled for me to come back on Thursday. This is an unforeseen event, that I have no control of, but nevertheless you still didn't give me a reasonable time frame notice, which we require.

Please submit your next desired meeting date in writing and fax to 909/947-2675. Please include the items, **in detail**, of concern to Luke AFB regarding the completion of this project. Please also remember to allow a minimum of 10 days advanced notice, in writing, for the meeting date to even be considered.

Sincerely,

Mike Kaminski
United Partition Systems, Inc.

Cc: file

2180 Hellman Ave. • Ontario, California 91761 • (909) 947-1077 • Fax (909) 947-2675

FedEx Express USA Airbill — FedEx Tracking Number 8246 0164 1671 — Form I.D. No. 0215

Date: 8/13/01

Sender's FedEx Account Number: 1262-6695-2

Sender's Name: Sue Kaminski — Phone (909) 947-1077

Company: UNITED PARTITIONS

Address: 2180 S HELLMAN AVE

Dept./Floor/Suite/Room

City: ONTARIO — State: CA — ZIP: 91761

Your Internal Billing Reference

Recipient's Name: Brigadier General (select) Stephen T. Sargeant — Phone (623) 856-7179

Company: Luke AFB

Address: 56th Fighter Wing / Office of Public Affairs

We cannot deliver to P.O. boxes or P.O. ZIP codes.

City: Luke AFB — State: AZ — ZIP: 85309

**Peel and Stick FedEx USA Airbill**

See back for application instructions.

**Questions? Visit our Web site at www.fedex.com**

or call 1-800-Go-FedEx® (800)463-3339.

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0164990432

**4a Express Package Service** — Packages up to 150 lbs.

- [X] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day* — Second business day
- [ ] FedEx Express Saver* — Third business day

* FedEx Envelope/Letter Rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** — Packages over 150 lbs.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

* Call for Confirmation

**5 Packaging** — * Declared value limit $500

- [ ] FedEx Envelope/Letter*
- [ ] FedEx Pak*
- [ ] Other Pkg. — Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling** — Include FedEx address in Section 3

- [ ] SATURDAY Delivery — RESTRICTIONS
- [ ] SUNDAY Delivery — RESTRICTIONS
- [ ] HOLD Weekday at FedEx Location — RESTRICTIONS
- [ ] HOLD Saturday at FedEx Location — RESTRICTIONS

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous Goods cannot be shipped in FedEx packaging.

- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No.: 1262-6695-2 — Exp. Date

Total Packages — Total Weight — Total Declared Value† $ .00 — FedEx Use Only

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Release Signature** — Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

402

---

Airbill — FedEx Tracking Number 814756814579 — Form I.D. No. 0200

Sender's FedEx Account Number: 1262-6695-2

[Sender's Name]: ...aminski — Phone (909) 947 1077

Company: Partition Sys. Inc.

Address: ... Hellman Ave.

Dept./Floor/Suite/Room

State: CA — ZIP: 92649

Receipt for copies for Dept of DoD

Phone 703, 604 8546

Defense Hotline

... Navy Dr.

We cannot deliver to P.O. boxes or P.O. ZIP codes.

City: Arlington — State: VA — ZIP: 22202

**Questions? Call 1·800·Go·FedEx®** (800-463-3339)

Visit our Web site at www.fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our ...

**4a Express Package Service** — Packages up to 150 lbs.

- [X] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day* — Second business day
- [ ] FedEx Express Saver* — Third business day

* FedEx Letter Rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** — Packages over 150 lbs.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

* Call for Confirmation

**5 Packaging** — * Declared value limit $500

- [X] FedEx Letter*
- [ ] FedEx Pak*
- [ ] Other Pkg. — Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling**

- [ ] Saturday Delivery — Available for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
- [ ] Sunday Delivery — Available for FedEx Priority Overnight to select ZIP codes
- [ ] HOLD Weekday at FedEx Location — Not available with FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location — Available only for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous Goods cannot be shipped in FedEx packaging.

- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No.: 1262-6695-2 — Exp. Date

Total Packages: 1 — Total Weight: 1 — Total Declared Value† $ .00 — FedEx Use Only

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Release Signature** — Sign to authorize delivery without obtaining signature.

EXHIBIT "X"

"MODULAR ENCLOSURE"

Walls Framed and Doors Installed

