# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

United Partitions Systems, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1] Paul F. Dauer

Firm Name: Best Best & Krieger LLP

Post Office Box:

Street Address: 400 Capitol Mall, Suite 1650

City-State-Zip: Sacramento, CA 95814

Telephone & Facsimile Numbers: 916-325-4000 / 916-325-4010 (fax)

E-mail address: pfdauer@bbklaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A F AND GSA

**See attached Sheet for three digit code.**

Amount Claimed: $ 108,404.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003