IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ms. Cristina C. Ashworth as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S/

Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0282
Fax: (202) 514-8624

Dated: June 27, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of July, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Paul F. Dauer
Best Best & Krieger, LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814

________________________________