IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-1242C
(Judge Allegra)

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including August 20, 2003, within which to file our response to plaintiff's complaint. Our response is currently due on July 21, 2003. The enlargement would bring the date for responding to the complaint to August 20, 2003. This is the Government's first request for an enlargement of time. On July 17, 2003, defendant's counsel discussed this request with plaintiff's counsel, Mr. Jeppson, who indicated that plaintiff will not oppose the Government's motion.

Plaintiff's counsel has represented that United Partition Systems, Inc. ("United Partition") will soon file a motion to stay this case, to which the Government is unopposed. The purpose of United Partition's stay request will be to allow the parties to await a final decision from the General Services Administration ("GSA") contracting officer, following a decision

from the Armed Services Board of Contract Appeals that found the GSA contracting officer the appropriate individual to decide plaintiff's claim. Further, government's counsel will have to wait for the GSA contracting officer's final decision before she can obtain a complete litigation report from agency counsel and determine how to proceed in this litigation. The Government would have filed this motion for enlargement sooner, but had anticipated that the motion to stay further proceedings would have been filed at this point. In light of this forthcoming motion, the Government requests this enlargement of 30 days.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including August 20, 2003, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/Cristina C. Ashworth

CRISTINA C. ASHWORTH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

July 21, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 18th day of July 2003, I caused to be sent by first-class mail, copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT" addressed as follows:

Paul F. Dauer
Eric O. Jeppson
BEST BEST & KRIEGER, LLP
400 Capitol Mall, Suite 1650
Sacramento, CA 95814

s/ Cristina C. Ashworth