# In The United States Court of Federal Claims

No. 03-1242C

(Filed: August 15, 2003)

---

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

## ORDER OF REASSIGNMENT

---

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, which permits the Chief Judge to reassign any case if necessary for the efficient administration of justice, the Clerk of the Court is directed to reassign the above captioned case to Judge Charles Lettow.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge