IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-564 C

(Filed August 26, 2003)

************************************
UNITED PARTITION SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
UNITED STATES, *
*
Defendant. *
************************************

ORDER

Pending before the Court is defendant's unopposed motion for an extension of time to respond to the Complaint. In essence, defendant seeks to defer its response while plaintiff addresses whether an Air Force contracting officer or a GSA contracting officer had or has had jurisdiction initially to consider plaintiff's claims. Plaintiff filed its complaint on May 20, 2003. Defendant's motion for an extension of time to respond was filed on July 21, 2003.

Good cause having been established, defendant's motion for an extension of time is GRANTED in part. Defendant shall respond to plaintiff's complaint on or before September 19, 2003.

It is so **ORDERED**.

**s/Charles F. Lettow**
Charles F. Lettow
Judge