IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days the deadline for defendant's expert witness report and final deadline for expert discovery in the above-titled matter. Defendant's expert witness report is currently due on May 30, 2007, and expert discovery is currently scheduled to conclude on July 11, 2007. This is our third request for an enlargement of time for this purpose, the Court having previously granted a 45-day extension and a 30-day extension. We attempted to contact counsel for United Partition Systems, Inc. ("United Partition") by leaving a voicemail message for him asking whether he would oppose this extension. We were informed by his office that plaintiff's counsel is out of the office until early June, and we have not received a return telephone call from him. As a result, we do not know whether plaintiff opposes this motion.

The Government has completed a preliminary test of the materials at issue. Unfortunately, delays in receiving the preliminary test results from the laboratory resulted in the preliminary test taking longer than expected. Moreover, additional time is needed to conduct further more extensive testing. This more extensive testing and analysis requires that additional larger sample sections of the building be shipped from Luke Air Force Base in Arizona to the

laboratory in New York because there was not enough of the sample remaining to conduct further tests after the preliminary test was completed. Once the more extensive test is completed by the laboratory, the expert can complete his review and analysis and prepare an expert report. As a result, the defendant's expert report cannot be completed by the current deadline of May 30, 2007.

Enlarging the time allowed for expert discovery will allow the defendant to complete its expert report and allow the parties to complete any necessary expert witness depositions and/or written discovery and file any motions to compel that may be necessary. Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay.

Accordingly, we respectfully request that this Court enlarge by 30 days, to and including June 29, 2007, the deadline for completion of defendant's expert witness report. We further request that this Court enlarge by 30 days, to and including August 10, 2007, the final deadline for expert discovery and all subsequent deadlines in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

May 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of May 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler