IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: July 30, 2007)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the government's motion, filed May 30, 2007, requesting an enlargement of 30 days for each of the remaining deadlines pertaining to expert discovery in this proceeding. The government avers that the additional time would allow more extensive laboratory testing to be completed.

The government's motion is **GRANTED**. The schedule for further proceedings set forth in this court's order of December 15, 2006, and amended February 5, 2007, and April 23, 2007, is further modified as follows:

| | Previous Deadline | Modified Deadline |
|---|---|---|
| Government's expert reports due | May 30, 2007 | June 29, 2007 |
| Completion of expert discovery | July 11, 2007 | August 10, 2007 |
| Submission of joint status report addressing all issues raised by RCFC App. A ¶¶ 11-12 | August 17, 2007 | September 17, 2007 |

It is so **ORDERED**.

s/ Charles F. Lettow
Judge