IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, plaintiff, United Partition Systems, Inc., and defendant, the United States, respectfully request that the Court enlarge by 60 days, to and including October 9, 2007, the deadline for completing expert discovery in this case. Expert discovery is currently scheduled to conclude on August 10, 2007. This is the parties' first joint request for an enlargement of time for this purpose, but the Court previously granted three of defendant's requests - for a 45-day extension and two 30-day extensions - to allow defendant to complete its expert witness report. In addition, the parties request that the Court enter a corresponding enlargement of 60 days, to and including November 16, 2007, for the parties to submit a joint status report to the Court. That report is currently due on September 17, 2007. The deadline for filing the joint status report has previously been enlarged three times by the Court in response to defendant's previous three requests enlarging the deadline to complete expert discovery.

Both parties have completed their expert witness reports. Unfortunately, because of confusion about the schedule, the depositions have not been completed and additional time is needed to allow the parties schedule the depositions when both counsel and the experts are available. Additional time is also needed to allow the respective experts to prepare for their

depositions. In addition, the parties are currently negotiating and attempting to stipulate to facts that would make the depositions unnecessary, but additional time is needed to complete the negotiations and to take the depositions in the event that the negotiations fail. Lastly, defendant's counsel is scheduled to be on leave from August 10 through August 20, 2007. As a result, a 60-day enlargement is needed to allow the parties to complete expert witness depositions. Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay.

For the foregoing reasons, the parties respectfully request that this Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

s/ Laurence Schor
Laurence Schor
McManus, Schor, Asmar, & Darden LLP
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
Tel: (202)296-9260
Fax: (202)659-3732

Attorney for Plaintiff

August 10, 2007

CERTIFICATE OF FILING

I hereby certify that on this 10th day of August 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler