IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: October 5, 2007)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a joint motion by the parties, filed on August 10, 2007, requesting an enlargement of 60 days, to and including October 9, 2007, to complete expert discovery in this case, and a corresponding enlargement of 60 days, to and including November 16, 2007, to submit a joint status report to the court. Previously, expert testimony was scheduled to be concluded on August 10, 2007, and the joint status report was due on September 17, 2007.

Good cause having been shown, the parties' joint motion is GRANTED. Expert discovery shall be concluded on October 9, 2007. A joint status report shall be due on November 16, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge