IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: November 21, 2007)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

The court acknowledges receipt of the joint status report that the parties filed on November 15, 2007. The parties have requested additional time to file a more detailed status report, pending settlement discussions.

For good cause shown, the request is GRANTED. A further joint status report shall be filed on or before December 17, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge