IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of November 21, 2007, the parties file this joint status report. Currently, the parties are continuing to engage in settlement discussions. As a result, the parties request additional time to attempt to resolve the matter. As defense counsel will be on paternity leave the entire month of January 2008, the parties further request that they be allowed to file a more detailed joint status report on February 18, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Laurence Schor
Laurence Schor
McManus, Schor, Asmar, & Darden LLP
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
Tel: (202)296-9260
Fax: (202)659-3732

Attorney for Plaintiff

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

December 17, 2007

CERTIFICATE OF FILING

I hereby certify that on this 17th day of December 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler