IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: December 21, 2007)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the joint status report that the parties filed on December 17, 2007. The parties have requested additional time to file a more detailed status report, pending settlement discussions.

For good cause shown, the request is GRANTED. A further joint status report shall be filed on or before February 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge