IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of December 21, 2007, the parties file this joint status report. Currently, the parties appear to be close to reaching a potential resolution of the matter, but plaintiff has requested an opportunity to inventory the disassembled building that is the subject of the contract between the parties to determine whether any parts of that building were used by the Air Force in constructing a replacement building. The parties expect that plaintiff's inspection of the disassembled building will take place within the next month, and the parties, therefore, request that they be allowed to file a more detailed joint status report on April 18, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Laurence Schor
Laurence Schor
McManus, Schor, Asmar, & Darden LLP
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
Tel: (202)296-9260
Fax: (202)659-3732

Attorney for Plaintiff

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

February 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler