IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: March 12, 2008)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the joint status report that the parties filed on February 15, 2008. The parties have requested additional time to file a more detailed status report, pending settlement discussions.

For good cause shown, the request is GRANTED. A further joint status report shall be filed on or before April 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge