IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's order of March 12, 2008, the parties file this joint status report. The parties continue to work towards reaching a potential resolution of the matter. Plaintiff and Defendant agreed that Plaintiff could visit Luke AFB and inventory the disassembled building that is the subject of the contract between the parties to determine whether any parts of that building were used by the Air Force in constructing a replacement building. This visit occurred at the end of March 2008 and Plaintiff, who is located in Ontario, California, contacted Plaintiff's counsel on April 15 to inform Plaintiff's counsel that Plaintiff will provide a report that will identify what Plaintiff contends are the parts used by Defendant in constructing the replacement building including documentation to support the use of those parts by the successor contractor, photos and pricing of those parts as of the date of the original contract performance in 2001. Plaintiff's counsel will provide the report to Defendant's counsel on or about April 25, 2008. Defendant will review the report and Plaintiff's claim that it is entitled to be paid for parts used at their then contract price. Plaintiff acknowledges that Defendant has a counterclaim and the parties will attempt to reach a resolution. The parties request that they be allowed to file a more detailed joint status report on June 18, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Laurence Schor
Laurence Schor
McManus, Schor, Asmar, & Darden LLP
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
Tel: (202)296-9260
Fax: (202)659-3732

Attorney for Plaintiff

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

April 18, 2008

CERTIFICATE OF FILING

I hereby certify that on this 18th day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler