IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: May 2, 2008)

| | |
|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court acknowledges receipt of the joint status report that the parties filed on April 18, 2008. The parties have requested additional time to file a more detailed status report, pending settlement discussions.

For good cause shown, the request is GRANTED. A further joint status report shall be filed on or before June 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge