IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1242C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of May 2, 2008, and the Court's previous order of July 30, 2007, the parties file this joint status report addressing the issues raised by RCFC App. A¶¶ 11-12. The parties have exhausted all settlement possibilities and do not currently believe that settlement of this matter is possible. Therefore, the parties ask that the Court set this matter for trial. The parties propose the following schedule:

| | |
|---|---|
| Deadline for filing of summary judgment motions | August 8, 2008 |
| Meeting of Counsel | October 24, 2008 |
| Plaintiff's Memo. of Contentions of Fact and Law | November 14, 2008 |
| Defendant's Memo. of Contentions of Fact and Law | December 12, 2008 |
| Joint Witness and Exhibit Lists Due | January 9, 2009 |
| Pretrial Conference | January 28, 2009 |
| Trial | February 2009 |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Laurence Schor
Laurence Schor
McManus, Schor, Asmar, & Darden LLP
1155 Fifteenth Street, NW, Suite 900
Washington, DC 20005
Tel: (202)296-9260
Fax: (202)659-3732

Attorney for Plaintiff

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

June 18, 2008

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler