IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: June 20, 2008)

UNITED PARTITION SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the joint status report that the parties filed on June 18, 2008. The parties report that they have exhausted all settlement possibilities and propose a schedule to prepare for trial.

The court will hold a status conference to address further proceedings in this case on July 25, 2008 at 2:00 p.m. at the National Courts Building, with the specific courtroom to be designated in a posting in the lobby of the courthouse.

It is so ORDERED.

s/ Charles F. Lettow
Judge