IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1242C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S CONSENT MOTION TO POSTPONE STATUS CONFERENCE

Comes Now Plaintiff, United Partition Systems, Inc. and, with the consent of Government counsel, and pursuant to the Rules of the Court that permit the Court to exercise its discretion to manage its cases, moves the Court to postpone the Status Conference currently set for Friday, July 25, 2008 at 2:00 pm to the week of August 4, 2008 and, preferably, Friday, August 8, 2008.

As grounds for this request, counsel for Plaintiff notifies the Court that he is lead counsel in the case of 5860 Chicago Ridge LLC v. The United States, Case No. 07-680, that Judge Allegra has ordered all discovery to be concluded by Monday, July 28, 2008, and that the Government has scheduled a number of depositions in Chicago, IL that must be conducted and completed within the week of July 21, and including two on Friday, July 25. Counsel for Plaintiff herein will be defending those depositions.

Counsel for Plaintiff appreciates the willingness of the Court to consider moving the date for the Status Conference. Counsel for Plaintiff also notes that the parties are continuing discussions to refine the issues between them.

Respectfully submitted,

UNITED PARTITION SYSTEMS, INC.
By Counsel

/s/ Laurence Schor

Laurence Schor
Susan L. Schor
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 296-9260 / (202) 659-3732 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by email and mailed first class, postage prepaid, this 21st day of July 2008 to:

Robert Bigler, Esq.
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/Laurence Schor
Laurence Schor