IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: July 24, 2008)

UNITED PARTITION SYSTEMS, INC., )
)
Plaintiff, )
)
v. )
)
UNITED STATES, )
)
Defendant. )

SCHEDULING ORDER

Pending before the court is plaintiff's consent motion to postpone the status conference previously set for July 25, 2008 until the week of August 4, 2008.

Good cause having been shown, the court will hold the status conference to address further proceedings in this case on August 8, 2008 at 2:00 p.m. at the National Courts Building, with the specific courtroom to be designated in a posting in the lobby of the courthouse.

It is so ORDERED.

s/ Charles F. Lettow
Judge