IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: August 8, 2008)

| | |
|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

Based upon the Joint Status Report submitted by the parties on June 18, 2008 and the results of a status conference with counsel for the parties held today, and for good cause shown, proceedings in this case shall take place in accord with the following schedule:

| | |
|---|---|
| Meeting of counsel | October 10, 2008 |
| Submission of Joint Stipulations of Fact | October 24, 2008 |
| Submission of plaintiff's Memorandum of Contentions of Fact and Law | November 14, 2008 |
| Submission of defendant's Memorandum of Contentions of Fact and Law | December 19, 2008 |
| Submission of Witness and Exhibit Lists | January 9, 2009 |
| Pre-Trial Conference | January 28, 2009 at 10:00 a.m. |
| Trial | February 18-20, 2009, commencing each day at 9:30 a.m. |

The pre-trial conference and trial will be held at the National Courts Building in Washington, D.C., with the specific courtroom(s) to be designated in a posting in the lobby of the courthouse.

It is so ORDERED.

s/ Charles F. Lettow
Judge