IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-1242C

(Filed: August 19, 2008)

| | |
|---|---|
| UNITED PARTITION SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

The court reschedules the time of the pre-trial conference to be held on January 28, 2009, from 10:00 a.m to 3:00 p.m. As before, the pre-trial conference will be held at the National Courts Building in Washington, D.C., with the specific courtroom to be designated in a posting in the lobby of the courthouse.

It is so ORDERED.

s/ Charles F. Lettow
Judge